# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE  
CLERK OF COURT

TELEPHONE: 202-275-8000

May 15, 2014

To: Robert McGee Bowick Jr.  
Keith D. Nowak

Re: Appeal No. 14-1399, Kaneka Corporation v. Zhejiang Medicine Co., Ltd.

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- The motion contained multiple requests using one event.  (Please re-file using appropriate event/relief for each request)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole  
Daniel O'Toole  
Clerk of Court

cc: Harold H. Davis Jr.  
Jas Singh Dhillon  
Gary Hnath  
Xiang Long  
Lei Mei  
Reece Werner Nienstadt  
Matthew Benjamin O'Hanlon  
Michael M Rosen  
Timothy Paar Walker